

IN THE
TENTH COURT OF APPEALS

No. 10-13-00400-CR

EX PARTE LAWRENCE RAY KIMBLE

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-2423-C2

MEMORANDUM OPINION

Lawrence Ray Kimble filed a notice of appeal of what he deems to be a denial of his application of writ of habeas corpus seeking bail reduction. However, it appears the trial court has not ruled on the application for writ of habeas corpus. *See* TEX. R. APP. P. 26.2; 44.3. Thus, there is no final order to appeal, and we have no jurisdiction of this appeal. *Id*.

Accordingly, this appeal is dismissed.[1]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by the Court of Criminal Appeals, a petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. TEX. R. APP. P. 68.2 (a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 21, 2013
Do not publish
[CR25]